■ In the Matter of STACEY V.W., JR. and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN AND HEALTH SERVICES, Respondent; PATRICIA K., Appellant. [813 NYS2d 688]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered August 9, 2004 in a proceeding pursuant to Social Services Law § 384-b. The order terminated respondent's parental rights and transferred guardianship of the children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.